

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2016

No. 04-16-00085-CV

**WHATABURGER, INC**., CA Development LLC, CA Real Estate LLC, Cinco Aguilas LLC, Tres Aguilas Enterprises LLC, Tres Aguilas Management LLC, Whataburger International LLC, Whataburger Real Estate LLC, Whataburger Restaurants LLC, et al.,
Appellants

v.

**WHATABURGER OF ALICE, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01431
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The appellants' unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to October 26, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court